■ In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Anne de la Blanchetai Donahue, Admitted on

September 2, 1992, at a Term of the Appellate Division, First Judicial Department. [744 NYS2d 315] —Motion granted and this Court's unpublished order entered on February 3, 1998 (M-6076.77) recalled and vacated and the opinion per curiam filed therewith amended to vacate so much thereof as pertains to the above-named respondent; respondent deemed retired from the practice of law in the State of New York nunc pro tunc to January 4, 1993. [*See* 240 AD2d 106.]